UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL BROCK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, an entity; BARBARA FERRER, in her official capacity as Director of the Los Angeles County Department of Public Health; JOHANNA PRIETO, in her official capacity as Director of the Human Resources Division of the Los Angeles County Department of Public Health, and in her personal capacity; and DOES 1-70, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-02205-JLS-RAO<br><br>Assigned to: Hon. Josephine L. Staton<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION REGARDING THE PARTIES' "FIRST LOOK" AGREEMENT |

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and First Look Agreement.

**IT IS SO ORDERED.**

Dated: November 16, 2023        By: _/s/ Rozella A. Oliver_

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE